694 A.2d 341

**Phillip A. RICHARD and Mary Ann Richard, individually and on behalf of all others similarly situated,**

v.

**METROPOLITAN LIFE INSURANCE COMPANY.**

**Petition of METROPOLITAN LIFE INSURANCE COMPANY, Metropolitan Insurance and Annuity Company, and Metropolitan Tower Life Insurance Company.**

Supreme Court of Pennsylvania.

June 13, 1997.

Frederick N. Egler, Jr., for Petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of June, 1997, the Petition for Allowance of Appeal is granted but limited to the following issues:

1) Is the trial court' order compelling the production of allegedly privileged documents appealable as a collateral order?

2) Is Petitioner's appeal timely?